## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,        ) | |
|         Plaintiff,        ) | **INTERSTATE AGREEMENT ON** |
|                 ) | **DETAINERS ORDER** |
| vs.        ) | |
|                 ) | Case No.: 1:25-cr-00157 |
| Isaac James Murray,        ) | |
|         Defendant.        ) | |

On August 18, 2025, defendant made his initial appearance in the above-entitled action. On August 20, 2025, defendant appeared for a detention hearing and was arraigned. AUSA Paul Jensen appeared on behalf of the United States. Attorney Kyle Craig appeared on defendant's behalf.

Prior to his initial appearance, defendant was incarcerated by the State of North Dakota at the Lake Region Correctional Center. After the Indictment in this case was returned and an arrest warrant issued, a detainer was filed by the United States with the North Dakota prison officials. Pursuant to the Interstate Agreement on Detainers Act ("IADA"), defendant's appearance before this court was secured by a writ of habeas corpus *ad prosequendum*.

At his arraignment, defendant was advised of his rights under the Interstate Agreement on Detainers Act ("IADA") to continued federal custody until the charges set forth in the Indictment are adjudicated. Defendant waived in open court the anti-shuttling provisions of the IADA and agreed to remain in the custody of the State of North Dakota (the "sending state" under the IADA) at the Lake Region Correctional Center pending further proceedings in this case initiated by the United States (the "receiving state" under the IADA).

1

The court accepts defendant's waiver, finding that it was made knowingly and intelligently, voluntarily, and upon advice of counsel. Accordingly, the court **ORDERS** that defendant be returned to and housed in the "sending state" under the IADA pending further proceedings or until further order of the court Further, pursuant to defendant's waiver, the return of the defendant to his place of incarceration pending trial shall <u>not</u> be grounds under the IADA for dismissal of the charges set forth in the Indictment.

Dated this 20th day of August, 2025.

                                          */s/ Clare R. Hochhalter*
                                          Clare R. Hochhalter, Magistrate Judge
                                          United States District Court