IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DETENTION** |
| | ) | |
| vs. | ) | |
| | ) | |
| Isaac James Murray, | ) | Case No. 1:25-cr-157 |
| | ) | |
| Defendant. | ) | |

On March 11, 2026, the court issued an order conditionally releasing Defendant to Prairie Recovery Center staff for transport to the Prairie Recovery Center on March 12, 2026. (Doc. No. 35). The Prairie Recovery Center was unable transport Defendant as anticipated, however.

On March 13, 2026, Defendant filed a motion to modify the court's March 11, 2026, order. (Doc. No. 37). Defendant advises that Prairie Recovery Center staff are able to transport him to the Prairie Recovery Center on March 17, 2026, and request that the court modify its March 11, 2026, to reflect this change.

The court **GRANTS** the Defendant's motion (Doc. No. 37) and modifies its March 11, 2026, order as follows. Defendant shall be released to a representative of the Prairie Recovery Center at 11:30 AM on March 17, 2026, for transport to the Prairie Recovery Center. Defendant's release shall be subject to the conditions set forth in the March 11, 2026, order. If Defendant cannot be transported to the Prairie Recovery Center as anticipated on March 17, 2026, he shall remain custody pending further order.

**IT IS SO ORDERED.**

Dated this 13th day of March, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court